FILED
2010 Jan-15  PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### Southern Division

| | | |
|---|---|---|
| **Securities and Exchange Commission,** | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 2:09-cv-02238-AKK** |
| **v.** | : | |
| | : | **DEFENDANT DOUGLAS W.** |
| **Charles E. LeCroy and** | : | **MACFADDIN'S MOTION TO DISMISS** |
| **Douglas W. MacFaddin,** | : | |
| | : | |
| **Defendants.** | : | |

## INDEX OF EXHIBITS

Exhibit #

| | |
|---|---|
| 1 | SIFMA, Answering Your Questions About The Securities Industry and Financial Markets Association (SIFMA) Municipal Swap Index, available at http://www.sifma.org/capital_markets/swapindex.shtml (last visited Jan. 14, 2010) |
| 2 | Int'l Swaps and Derivatives Assoc., Product Descriptions and Frequently Asked Questions, available at http://www.isda.org/educat/faqs.html#9 (last visited Jan. 14, 2010) |
| 3 | Barclays Capital, U.S. Corporate Floating Rate Note Index Factsheet, available at https://ecommerce.barcap.com/indices/action/indexDownload?id=249a1e ae09fda77f859a64007d54d8e2&collar=&pageId=9 (last visited Jan. 14, 2010) |

-1-

| | |
|---|---|
| 4 | FinCad, Support Programs, Financial Derivatives Terms, available at http://www.fincad.com/services/support-programs/financial-derivatives-terms/us-bond-market.aspx (last visited Jan. 14, 2010) |
| 5 | March 2003 Swap Confirmation (March 28, 2003) |
| 6 | July 2003 Swap Confirmation (July 14, 2003) |
| 7 | ISDA Master Agreement between The Chase Manhattan Bank and Jefferson County, Alabama (Jan. 1, 2001) |
| 8 | MSRB, Glossary of Municipal Securities Terms: "LIBOR," "Interest Rate Swap Contract," "Yield," "Interest Rate," available at http://www.msrb.org/MSRB1/glossary/default.asp |
| 9 | British Bankers' Assoc., The Basics, bbalibor, available at http://www.bbalibor.com/bba/jsp/polopoly.jsp?d=1627 (last visited Jan. 14, 2010) |
| 10 | Jefferson County, Official Statement of the Sewer Revenue Refunding Warrants, Series 2002-C (Oct. 24, 2002) (relevant portions), available at http://jeffco.jccal.org/portal/page?_pageid=254,48977,254_49039&_dad=portal&_schema=PORTAL |